■ In the Matter of ALEX C., a Person Alleged to be a Juvenile Delinquent, Appellant. [616 NYS2d 959] —Final order of disposition, Family Court, New York County (Judith Sheindlin, J.), entered December 23, 1993, adjudicating appellant a juvenile delinquent, and placing him with the Division for Youth, Title III, for eighteen months, which order followed a fact-finding determination on December 6, 1993, that he had committed an act which, if committed by an adult, would constitute criminal possession of a controlled substance in the fifth degree, unanimously affirmed, without costs.

The court did not err in refusing to preclude admission of tangible evidence, to wit, vials of cocaine in a brown paper bag placed by appellant on top of a dumpster, despite the presentment agency's failure to give notice pursuant to Family Court Act § 330.2 (2). Appellant had clear knowledge from the petition that such items were recovered and vouchered, particularly since the drugs were indispensable or proof of the crimes charged *(see, Matter of Eddie M.,* 110 AD2d 635, 637-638; *Matter of Eric E.,* 123 Misc 2d 1079). Concur—Sullivan, J. P., Carro, Kupferman, Nardelli and Tom, JJ.